UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
──────────────────────────────X

ROBERT BINYARD,

          Plaintiff,

-against-

LONG ISLAND JEWISH HOSPITAL,

          Defendant.
──────────────────────────────X



MEMORANDUM
AND ORDER
05-CV-5258 (JG)

JOHN GLEESON, United States District Judge:

By Order and Civil Judgment dated January 18, 2006, the instant complaint was dismissed. On February 16, 2006, plaintiff filed a notice of appeal and the case is pending before the United States Court of Appeals for the Second Circuit. By letters dated March 7, 2006 and March 23, 2006, plaintiff seeks to submit information in support of his employment discrimination complaint. Since the case is closed and is on appeal, further action cannot be taken by this Court.

SO ORDERED.

Dated: Brooklyn, New York
      4-7-06 , 2006

JOHN GLEESON, U.S.D.J.